1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

### San Francisco Division

KENNETH E. STEIN, et al.,

      Plaintiffs,

    v.

MARRIOTT INTERNATIONAL, INC., et al.,

      Defendants.

_____/

No. C 13-5982 WHO

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      December 10, 2014
Mediator:  Brian Haughton

     IT IS HEREBY ORDERED that the request to excuse the defendants' client representative, Carter Berkeley-Taylor, from appearing in person at the December 10, 2014, mediation before Brian Haughton is GRANTED.  Ms. Berkeley-Taylor shall be available at all times to participate in the mediation as set forth in ADR L.R. 6-10(f), and the court strongly encourages her to make arrangements with the mediator to appear by web ex or a similar connection.

     IT IS SO ORDERED.

December 2, 2014
_____
Dated

By:  _____
          Maria-Elena James
         United States Magistrate Judge