PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS (SBN 159420)
CATHERINE CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiffs
KENNETH E. STEIN and INGRID V. TISCHER

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. STEIN and INGRID V. TISCHER,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC. doing business as COURTYARD ASSOCIATES, L.P.; MARRIOTT INTERNATIONAL, INC.; CBM ASSOCIATES II, L.P.; C2 LAND, L.P.; and DOES 1-20, Inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C13-5982 HSG<br>Civil Rights<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56, PURSUANT TO LOCAL RULE 7-11 |

Plaintiffs' motion for administrative relief from General Order 56 is hereby GRANTED for good cause shown. A case management conference is set for  April 14, at 2:00 p.m.  .

**IT IS SO ORDERED**.

Dated:   March 27 , 2015           /s/ Haywood S. Gilliam Jr.
                                   Honorable HAYWOOD S. GILLIAM, JR
                                   United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56
CASE NO. C13-5982 HSG                    -1-                    S:\CASES\MARRIOTT\PLEADINGS\Relief from GO 56\Proposed Order.wpd