UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH E. STEIN, et al.,

    Plaintiffs,

  v.

MARRIOTT INTERNATIONAL, INC., et al.,

    Defendants.

Case No. 13-cv-05982-HSG

**ORDER GRANTING REQUEST TO FILE AMENDED COMPLAINT AND DENYING REQUEST TO FILE UNDER SEAL**

Re: Dkt. No. 33

On May 1, 2015, the parties filed a joint stipulation and request for a court order permitting Plaintiff Kenneth Stein to 1) file an amended complaint, and 2) file Exhibit A to the amended complaint under seal. Dkt. 33. For good cause shown, the Court GRANTS the parties' first request to file an amended complaint and directs Plaintiff to file that amended complaint by May 8, 2015. Defendants Marriott International, Inc., et al. must file a response within 21 days of the filing date of Plaintiff's amended complaint.

However, the parties have not carried their burden to articulate "compelling reasons" that overcome the "strong presumption" of public access to judicial documents and justify filing Exhibit A to the amended complaint under seal. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). Indeed, the parties have not provided either a redacted or an unredacted version of Exhibit A for the Court to review. Accordingly, the Court DENIES the parties' second request to file Exhibit A to the amended complaint under seal and directs the parties to review and comply with Civil Local Rule 79-5, which governs the filing of documents under seal in civil cases in this district.

//

//

//

1    **IT IS SO ORDERED.**

2    Dated: May 4, 2015

3    _____
4    HAYWOOD S. GILLIAM, JR.
     United States District Judge

2