UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH E. STEIN, et al.,

        Plaintiffs,

     v.

MARRIOTT INTERNATIONAL, INC., et al.,

        Defendants.

Case No.  13-cv-05982-HSG

**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME**

Re: Dkt. No. 37

On July 24, 2015, Plaintiffs Kenneth Stein and Ingrid Tischer filed a motion to continue the deadline to complete fact discovery.  Dkt. No. 37.  The time to oppose the motion has passed. *See* Civ. L.R. 6-3(b).

For good cause shown, the motion is GRANTED.  The Court resets the deadline to complete fact discovery to October 15, 2015.

**IT IS SO ORDERED.**

Dated: July 29, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California