1  PAUL L. REIN, ESQ.  (SBN 43053)
   CELIA MCGUINNESS, ESQ. (SBN 159420)
2  CATHERINE CABALO, ESQ. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  E-mail:  reinlawoffice@aol.com

6  Attorneys for Plaintiffs
   KENNETH E. STEIN AND INGRID V. TISCHER
7

8  *Defendants' counsel listed after the caption.*

9

UNITED STATES DISTRICT COURT

10

NORTHER DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| 13  KENNETH E. STEIN and INGRID V. TISCHER, | Case No. C13-5982 HSG<br>Civil Rights |
| 14 | |
| 15            Plaintiffs, | **STIPULATION AND ORDER REGARDING PLAINTIFFS' ATTORNEY FEES MOTION** |
| 16     v. | |
| 17  MARRIOTT INTERNATIONAL, INC. doing business as COURTYARD ASSOCIATES, L.P.; MARRIOTT INTERNATIONAL, INC.; CBM ASSOCIATES II, L.P.; C2 LAND, L.P.; and DOES 1-20, inclusive, | |
| 18 | |
| 19 | |
| 20           Defendants. | |

21

22  Andrew J. Sommer, State Bar No. 192844
    CONN MACIEL CAREY LLP
23  890 Market Street, Suite 1111
    San Francisco, California 94102
24  Telephone: (415) 268-8881
    asommer@connmaciel.com

25  Kara M. Maciel, Admitted *Pro Hac Vice*
    CONN MACIEL CAREY PLLC
26  5335 Wisconsin Avenue, NW
    Suite 660
27  Washington, DC 20015
    Telephone: (202) 909-2730
28

1  Facsimile: (202) 827-7904
   kmaciel@connmaciel.com
2
   Attorneys for Defendants
3  MARRIOTT INTERNATIONAL, INC., CBM
   ASSOCIATES II, L.P., AND C2 LAND, L.P.
4

5                                **STIPULATION**

6        Plaintiffs KENNETH E. STEIN AND INGRID V. TISCHER ("Plaintiffs") and

7  defendants MARRIOTT INTERNATIONAL, INC., CBM ASSOCIATES II, L.P., and C2

8  LAND, L.P. ("Defendants") – Plaintiffs and Defendants together the "Parties" -- have settled

9  Plaintiffs' claims for damages, as indicated in the Notice of Settlement recently filed with the

10 Court (Docket No. 53).  As part of the Parties' settlement, they have agreed to allow Plaintiffs to

11 file a Motion for Attorney Fees, Litigation Expenses, and Costs on March 3, 2016.  The Parties

12 therefore stipulate and request that the Court allow Plaintiffs to file a Motion for Attorney Fees,

13 Litigation Expenses, and Costs on March 3, 2016, with the hearing on the motion to be scheduled

14 on April 7, 2016.

15
   Dated:  January 14, 2016                    LAW OFFICES OF PAUL L. REIN
16

17                                                 */s/ Catherine Cabalo*
18                                              By:  CATHERINE CABALO, ESQ.
                                                Attorneys for Plaintiffs
19                                              KENNETH STEIN and INGRID V. TISCHER

20
   Dated: January 14, 2016                      CONN MACIEL CAREY LLP
21

22
                                                   */s/ Andrew Sommer*
23                                              By:  ANDREW SOMMER, ESQ.
                                                Attorneys for Defendants
24                                              MARRIOTT INTERNATIONAL, INC., CBM
                                                ASSOCIATES II, L.P., and C2 LAND, L.P.
25

26

27

28
   STIPULATION AND [PROPOSED] ORDER              2
   RE: PLAINTIFFS' ATTORNEY FEES MOTION
    Case No. C13-5983 HSG
                                                    C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes1A03DD\2
                                                    016 01 14 Stipulation RE atty fees motion.docx

1
2 **ORDER**

3   For GOOD CAUSE SHOWN, it is so ORDERED.  Plaintiffs shall be allowed to file a
4 Motion for Attorney Fees, Litigation Expenses, and Costs on March 3, 2016, hearing to be
5 scheduled for April 7, 2016.

6
7 Dated: January 15, 2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER
RE: PLAINTIFFS' ATTORNEY FEES MOTION
 Case No. C13-5983 HSG

3

C:\Users\RILEYN~1.CAN\AppData\Local\Temp\notes1A03DD\2
016 01 14 Stipulation RE atty fees motion.docx

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on January 14, 2016, I, Catherine Cabalo, attorney with The Law Office of Paul L. Rein, received the concurrence of Andrew Sommer in the filing of this document.

                                       */s/ Catherine Cabalo*
                                       Catherine Cabalo