UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. STEIN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>MARRIOTT INTERNATIONAL, INC., et al.,<br><br>          Defendants. | Case No.  13-cv-05982-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 55 |

On January 15, 2016, the Court granted a stipulation by Plaintiffs Kenneth E. Stein and Ingrid V. Tischer and Defendants Marriott International, Inc., CMB Associates II, L.P., and C2 Land, L.P., permitting Plaintiffs to file a motion for attorney's fees, litigation expenses, and costs on March 3, 2016.  Dkt. No. 55.  The hearing on the motion is set for April 7, 2016.  *Id.*  Plaintiffs failed to file a motion for attorney's fees by the March 3, 2016 deadline.

In light of the parties' notice of settlement except as to the issue of attorney's fees and costs, Dkt. No. 53, the Court hereby ORDERS Plaintiffs to show cause why this action should not be dismissed in its entirety.  Plaintiffs must file a statement of two pages or less in response to this Order by March 10, 2016.

**IT IS SO ORDERED.**

Dated:  3/7/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge